Case: 3:11-cr-00133-TMR Doc #: 64 Filed: 12/31/14 Page: 1 of 1  PAGEID #: 553

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America )
v. )
Amon Smith )  Case No: 3:11-CR-133
)  USM No: 69397-061
Date of Original Judgment: 03/01/2013 )
Date of Previous Amended Judgment: _____ )  Gordon G. Hobson
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 months **is reduced to** 57.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/01/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/31/2014

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Thomas M. Rose, United States District Judge
*Printed name and title*